■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENWOOD M. EVANS, Appellant. [992 NYS2d 894]—

Appeal by the defendant from a resentence of the Supreme Court, Queens County (Buchter, J.), imposed August 20, 2012, upon his conviction of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, the resentence being a period of postrelease supervision

in addition to each of the determinate terms of imprisonment previously imposed by the same court on April 14, 2004.

Ordered that the resentence is affirmed.

Since the defendant was still serving his original sentence when the resentence was imposed, the resentence to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (see People v Lingle, 16 NY3d 621, 630-633 [2011]; People v Kearney, 116 AD3d 1064 [2014]; People v Flowers, 116 AD3d 710 [2014]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.